# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

THE STATE OF ARIZONA,

    and

The GILA RIVER INDIAN COMMUNITY,
a federally recognized Indian tribe,

                  v.                      CASE NUMBER:

THE TOHONO O'ODHAM NATION,

    Defendant.

### SUMMONS IN A CIVIL CASE

To:    THE TOHONO O'ODHAM NATION

A lawsuit has been filed against you.

Within twenty-one (21) days after service of this summons on you (not counting the day you received it) ─ or 60 days if you are the Unites States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) ─ you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

### THOMAS C. HORNE
### MICHAEL TRYON
### ARIZONA ATTORNEY GENERAL OFFICE
### 1275 W WASHINGTON, PHOENIX AZ  85007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

*CLERK OF COURT*

Date: _____    _____
                                                                              *Signature of Clerk or DEPUTY CLERK*