# UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

THE STATE OF ARIZONA,

    and

The GILA RIVER INDIAN COMMUNITY,
a federally recognized Indian tribe,

                  v.                        CASE NUMBER:

THE TOHONO O'ODHAM NATION,

    Defendant.

### SUMMONS IN A CIVIL CASE

To:    THE TOHONO O'ODHAM NATION

    A lawsuit has been filed against you.

    Within twenty-one (21) days after service of this summons on you (not counting the day you received it) — or 60 days if you are the Unites States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THOMAS C. HORNE**
**MICHAEL TRYON**
**ARIZONA ATTORNEY GENERAL OFFICE**
**1275 W WASHINGTON, PHOENIX AZ  85007**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the Court.

*CLERK OF COURT*

Date: _____



3:21 pm, Feb 14, 2011
s/ Richard H. Weare, Clerk

*Signature of Clerk or DEPUTY CLERK*

PHXv329,730,311 1