1  Brian J. Schulman, SBN 015286
2  GREENBERG TRAURIG LLP
   2375 E. Camelback Road, Suite 700
3  Phoenix, AZ 85016
   602-445-8000
4  schulmanb@gtlaw.com

5  *Attorneys for Plaintiff Gila River Indian Community*

6          **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**

8  THE STATE OF ARIZONA; and the GILA
   RIVER INDIAN COMMUNITY, a federally
9  recognized Indian tribe,                       Case No. 2:11-cv-00296-NVW

10                 Plaintiffs,                     **ACCEPTANCE OF SERVICE**

11        v.

12  THE TOHONO O'ODHAM NATION,

13                 Defendant.

14

15        The undersigned attorneys, as the agents on behalf of defendant Tohono

16  O'odham Nation (the "Nation"), hereby accept service of the summons and complaint

17  filed herein, as though said documents had been personally served upon the Nation.  By

18  accepting service of process, the Nation does not waive, and expressly retains, all

19  defenses or objections to the lawsuit that may exist except for objections based on a

20  defect in the summons or in the service of process.

21        DATED this 17 day of February, 2011.

22                 TOHONO O'ODHAM NATION

23

24        By: *Jonathan L. Jantzen*

25             Jonathan Jantzen, Attorney General
             Samuel Daugherty, Assistant Attorney General
26           Office of the Attorney General
             P.O. Box 830
27           Sells, AZ 85634
             Tel: 520-383-3410
28           jonathan.jantzen@tonation-nsn.gov
             samuel.daugherty@tonation-nsn.gov

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

☒      I hereby certify that on February 18, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and service to counsel of record in these consolidated proceedings.

_/s/ Marie E. Sanchez_