# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA and THE GILA RIVER INDIAN COMMUNITY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>THE TOHONO O'ODHAM NATION,<br><br>　　　　Defendant. | Case No.  CV11-0296-PHX DGC<br><br>**SCHEDULING ORDER** |

Upon consideration of the Tohono O'odham Nation's Consent Motion for a Revised Briefing Schedule and an Extension of Page Limits for the Nation's Motion to Dismiss and the entire record herein, the Court concludes that the motion should be granted.

Accordingly, it is hereby ORDERED that:

1.　The Nation will file its motion to dismiss the complaint on or before Monday, April 11, 2011.

2.　Plaintiffs will file their amended complaint on or before Friday, April 22, 2011.

3.　The Nation will file its motion to dismiss the amended complaint on or before Monday, May 2, 2011.

4.　Plaintiffs will file their opposition to the Nation's motion to dismiss the amended complaint on or before Monday, May 16, 2011.

5. The Nation will file its reply in support of its motion to dismiss the amended complaint on or before Friday, May 27, 2011.

6. Oral argument will be held on June 3, 2011 at 2:00 p.m.

7. The Nation's motion to dismiss the complaint and motion to dismiss the amended complaint shall not exceed 25 pages.

8. Plaintiffs' opposition to the Nation's motion to dismiss the amended complaint shall not exceed 25 pages.

9. The Nation's reply in support of its motion to dismiss the amended complaint shall not exceed 15 pages.

Dated this 13th day of April, 2011.

_____
David G. Campbell
United States District Judge