**RUSING & LOPEZ, P.L.L.C.**
6262 North Swan Road, Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262

Michael J. Rusing, Esq.  mrusing@rusingandlopez.com
State Bar No. 006617
Todd H. Hardy  thardy@rusingandlopez.com
State Bar No. 0023675
Co-counsel for Defendant The Tohono O'odham Nation

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA, THE GILA RIVER INDIAN COMMUNITY, and THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOHONO O'ODHAM NATION,<br><br>Defendant. | Case No. 2:11-cv-296-DGC<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**<br><br>(Hon. David G. Campbell) |

Michael J. Rusing and Todd H. Hardy of Rusing & Lopez, P.L.L.C. give notice of appearance in this proceeding as co-counsel for Defendant The Tohono O'odham Nation and request that they be served with a copy of all papers required to be served on Defendant under Federal Rule of Civil Procedure 5.

///

///

///

///

M:\DOCS\200050\002\PLDGS\20Y3156.DOCX

SUBMITTED this 31st day of August, 2011.

**RUSING & LOPEZ, P.L.L.C**.

/s/ Michael J. Rusing
Michael J. Rusing
Todd M. Hardy
Co-counsel for The Tohono O'odham Nation

COPY of the foregoing electronically filed
using the CM/ECF System this 31st day of August, 2011.

 /s/ Marianne Masterson

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICE was served this 31st day of August, 2011, on the following counsel, via the Notice of Electronic Filing generated and transmitted by the CM/ECF system of the District of Arizona:

Thomas C. Horne (#002951)
Attorney General
Michael Tryon (#003109)
Evan Hiller (#028214)
Assistant Attorneys General
1275 West Washington Street
Phoenix, Arizona 85007-2926
(602) 542-5025
tom.horne@azag.gov
michael.tryon@azag.gov
evan.hiller@azag.gov
*Attorneys for Plaintiff the State of Arizona*

Linus Everling, General Counsel (# 019760)
GILA RIVER INDIAN COMMUNITY
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85247
(520) 562-9763
Linus.Everling@gric.nsn.us

///

1  James P. Tuite (Pro Hac Vice)
   Merrill C. Godfrey (Pro Hac Vice)
2  Jason T. Hauter (# 022188)
3  AKIN GUMP STRAUSS HAUER &
   FELD LLP
4  1333 New Hampshire Avenue, N.W.
   Washington, D.C. 20036-1564
5  (202) 887-4000
   jtuite@akingump.com
6  mgodfrey@akingump.com
7  jhauter@akingump.com
   *Attorneys for Plaintiff Gila River Indian Community*
8
9  Brian J. Schulman (# 015286)
   GREENBERG TRAURIG LLP
10 2375 E. Camelback Road, Suite 700
   Phoenix, AZ 85016
11 602-445-8000
   schulmanb@gtlaw.com
12 *Attorneys for Plaintiff Gila River Indian Community*
13
   Mary R. O'Grady (#011434)
14 Shane M. Ham (#027753)
   OSBORN MALEDON
15 2929 North Central Avenue
   Suite 2100
16 Phoenix, Arizona 85012
17 (602) 640-9352
   mogrady@omlaw.com
18 sham@omlaw.com
   *Attorneys for Plaintiff Salt River Pima- Maricopa Indian Community*
19
20 Jonathan Jantzen, Attorney General, SBN 016220
   Samuel Daughety, Assistant Attorney General, SBN 023170
21 Office of Attorney General
   TOHONO O'ODHAM NATION
22 P.O. Box 830
23 Sells, AZ 85634
   Telephone: (520) 383-3410
24 jonathan.jantzen@tonation-nsn.gov
   samuel.daughety@tonation-nsn.gov
25

26  ///

Rusing & Lopez, P.L.L.C.
6262 North Swan Rd., Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

1 Seth P. Waxman (*Pro hac vice*)
2 Danielle Spinelli (*Pro hac vice*)
  Brian H. Fletcher (*Pro hac vice*)
3 Shivaprasad Nagaraj (*Pro hac vice*)
  WILMER CUTLER PICKERING
4 HALE AND DORR LLP
  1875 Pennsylvania Avenue, N.W.
5 Washington, D.C. 20006
  Telephone: (202) 663-6000
6 seth.waxman@wilmerhale.com
7 danielle.spinelli@wilmerhale.com
  brian.fletcher@wilmerhale.com
8 shiva.nagaraj@wilmerhale.com
  *Co-Counsel for Defendant Tohono O'odham Nation*

  /s/ Marianne Masterson

**Rusing & Lopez, P.L.L.C.**
6262 North Swan Rd., Suite 200
Tucson, Arizona 85718
Telephone: (520) 792-4800

M:\DOCS\200050\002\PLDGS\20Y3156.DOCX          4