| | |
|---|---|
| Thomas C. Horne (#002951)<br>Attorney General<br>Michael Tryon (#003109)<br>Evan Hiller (#028214)<br>Assistant Attorneys General<br>1275 West Washington Street<br>Phoenix, Arizona 85007-2926<br>(602) 542-5025<br>tom.horne@azag.gov<br>michael.tryon@azag.gov<br>evan.hiller@azag.gov<br>*Attorneys for Plaintiff the State of Arizona*<br><br>Mary R. O'Grady (#011434)<br>Shane M. Ham (#027753)<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue<br>Suite 2100<br>Phoenix, Arizona 85012<br>(602) 640-9352<br>mogrady@omlaw.com<br>sham@omlaw.com<br>*Attorneys for Plaintiff Salt River Pima-Maricopa Indian Community* | Linus Everling, General Counsel<br>(# 019760)<br>GILA RIVER INDIAN COMMUNITY<br>525 W. Gu u Ki<br>P.O. Box 97<br>Sacaton, Arizona 85247<br>(520) 562-9763<br>Linus.Everling@gric.nsn.us<br><br>James P. Tuite (Pro Hac Vice)<br>Merrill C. Godfrey (Pro Hac Vice)<br>Jason T. Hauter (# 022188)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036-1564<br>(202) 887-4000<br>jtuite@akingump.com<br>mgodfrey@akingump.com<br>jhauter@akingump.com<br><br>Brian J. Schulman (# 015286)<br>GREENBERG TRAURIG LLP<br>2375 E. Camelback Road, Suite 700<br>Phoenix, AZ 85016<br>602-445-8000<br>schulmanb@gtlaw.com<br><br>*Attorneys for Plaintiff Gila River Indian Community* |

**IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| THE STATE OF ARIZONA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>THE TOHONO O'ODHAM NATION,<br><br>  Defendant. | No.: CV11-00296-PHX-DGC<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF THEIR FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE TOHONO O'ODHAM NATION** |

Pursuant to L.R.Civ. 5.2, notice is hereby given that on September 12, 2011, Plaintiffs, by and through their attorneys, served upon counsel of record for Defendant by electronic mail and by U.S. First Class mail and FedEx, Plaintiffs' First Request for Production of Documents.

*329,998,584v*

DATED this 14th day of September, 2011.

*/s/ Michael Tryon*
Thomas C. Horne (#002951)
Attorney General
Michael Tryon (#003109)
Evan Hiller (#028214)
STATE OF ARIZONA
1275 West Washington Street
Phoenix, Arizona 85007-2926
(602) 542-5025
tom.horne@azag.gov
michael.tryon@azag.gov
evan.hiller@azag.gov
*Attorneys for Plaintiff the State of Arizona*

*/s/ Brian J. Schulman*
Linus Everling, General Counsel (# 019760)
GILA RIVER INDIAN COMMUNITY
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85247
(520) 562-9763
Linus.Everling@gric.nsn.us

James P. Tuite (Pro Hac Vice)
Merrill C. Godfrey (Pro Hac Vice)
Jason T. Hauter (# 022188)
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000
jtuite@akingump.com
mgodfrey@akingump.com
jhauter@akingump.com

Brian J. Schulman (# 015286)
GREENBERG TRAURIG LLP
2375 E. Camelback Road, Suite 700
Phoenix, AZ 85016
602-445-8000
schulmanb@gtlaw.com

*Attorneys for Plaintiff Gila River Indian Community*

*/s/ Mary R. O'Grady*
Mary R. O'Grady (#011434)
Shane M. Ham (#027753)
OSBORN MALEDON
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012
(602) 640-9352
mogrady@omlaw.com
sham@omlaw.com
*Attorneys for Plaintiff Salt River Pima-Maricopa Indian Community*

2

*329,998,584v*

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on September 14, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ *Cynthia Fischer*

329,998,584v