Linus Everling, General Counsel (#019760)
GILA RIVER INDIAN COMMUNITY
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85247
(520) 562-9763
Linus.Everling@gric.nsn.us

James P. Tuite (Pro Hac Vice)
Merrill C. Godfrey (Pro Hac Vice)
Jason T. Hauter (#022188)
AKIN GUMP STRAUSS HAUER &
  FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4000
jtuite@akingump.com
mgodfrey@akingump.com
jhauter@akingump.com

Brian J. Schulman (#015286)
GREENBERG TRAURIG LLP
2357 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 445-8000
schulmanb@gtlaw.com

*Attorneys for Plaintiff Gila River Indian Community*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al. | No. CV11-0296-PHX-DGC |
| Plaintiffs | **NOTICE OF APPEAL** |
| v. | |
| Tohono O'odham Nation, | |
| Defendant. | |

Plaintiff Gila River Indian Community hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action, filed on June 25, 2013, and all prior orders encompassed therein, including but not limited to Orders filed on June 15, 2011 (Doc. 43), May 7, 2013 (Doc. 216), and June 25, 2013 (Doc. 225), in which the Court granted in part Defendant's second motion to dismiss,

1

granted Defendant's motion for summary judgment, and denied Plaintiffs' cross-motion for summary judgment.

Respectfully Submitted,

*/s/*Merrill C. Godfrey
Linus Everling, General Counsel (#019760)
GILA RIVER INDIAN COMMUNITY
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85247
(520) 562-9763
Linus.Everling@gric.nsn.us

James P. Tuite (Pro Hac Vice)
Merrill C. Godfrey (Pro Hac Vice)
Jason T. Hauter (#022188)
AKIN GUMP STRAUSS HAUER
 & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4000
jtuite@akingump.com
mgodfrey@akingump.com
jhauter@akingump.com

Brian J. Schulman (#015286)
GREENBERG TRAURIG LLP
2357 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 445-8000
schulmanb@gtlaw.com

*Counsel for Plaintiff Gila River Indian Community*

Dated: July 23, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

                */s/*Merrill C. Godfrey