Thomas C. Horne (#002951)
Attorney General
Michael Tryon (#003109)
Evan Hiller (#028214)
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8355
Fax: (602) 364-2214
DefensePhx@azag.gov
*Attorneys for Plaintiff the State of Arizona*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV11-0296-PHX-DGC |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| Tohono O'odham Nation, | |
| Defendant. | |

Notice is hereby given that the State of Arizona, a Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the 9th Circuit from the final judgment entered on June 25, 2013 (Doc. 226). More specifically, the State appeals from Orders entered on June 15, 2011 (Doc. 43), May 7, 2013 (Doc. 216), and June 25, 2013 (Doc. 225), wherein U.S. District Court Judge David Campbell granted in part the Defendant's second motion to dismiss, granted the Defendant's motion for summary judgment, and denied the Plaintiffs' cross-motion for summary judgment. The State of Arizona also appeals from any and all other orders encompassed in the District Court's final judgment.

DATED this 25th day of July, 2013.

> */s/* Michael Tryon
> Michael Tryon
> Evan Hiller
> *Attorneys for the State of Arizona*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

*/s/* Michael Tryon

#3460580v2