Thomas C. Horne (#002951)
Attorney General
Michael Tryon (#003109)
Evan Hiller (#028214)
Assistant Attorneys General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-8355
Fax: (602) 364-2214
DefensePhx@azag.gov
*Attorneys for Plaintiff the State of Arizona*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV11-0296-PHX-DGC |
| Plaintiff, | **REPRESENTATION STATEMENT** |
| v. | |
| Tohono O'odham Nation, | |
| Defendant. | |

Pursuant to Federal Rules of Appellate Procedure, 12(b) and Ninth Circuit Rule 3-2(b), the State of Arizona, a Plaintiff in the above named case, file its Representation Statement in conjunction with its Notice of Appeal. The following is a list of all parties in the action along with the names, addresses and telephone numbers of their respective counsel.

Plaintiff State of Arizona is represented by:

> Thomas C. Horne
> Michael Tryon
> Evan Hiller
> ARIZONA ATTORNEY GENERAL'S OFFICE
> 1275 W. Washington
> Phoenix, Arizona 85007-2997
> Telephone: (602) 542-8355

Plaintiff Gila River Indian Community is represented by:

    Linus Everling, General Counsel
    GILA RIVER INDIAN COMMUNITY
    525 W. Gu u Ki
    P.O. Box 97
    Sacaton, Arizona 85247
    (520) 562-9763

    James P. Tuite
    Merrill C. Godfrey
    Jason T. Hauter
    AKIN GUMP STRAUSS HAUER & FELD LLP
    1333 New Hampshire Avenue, N.W.
    Washington, DC 20036-1564
    (202) 887-4000

    Brian J. Schulman
    GREENBERG TRAURIG LLP
    2375 E. Camelback Road, Suite 700
    Phoenix, AZ 85016
    602-445-8000

Plaintiff Salt River Pima-Maricopa Indian Community is represented by:

    Mary R. O'Grady
    John L. Blanchard
    Shane M. Ham
    Grace E. Rebling
    OSBORN MALEDON, P.A.
    2929 North Central Avenue, Suite 2100
    Phoenix, Arizona 85012
    (602) 640-9352

Defendant Tohono O'odham Nation is represented by:

    Jonathan Jantzen
    Samuel Daughety
    Office of Attorney General
    TOHONO O'ODHAM NATION
    P.O. Box 830
    Sells, AZ 85634
    (520) 383-3410

Seth P. Waxman
Danielle Spinelli
Annie L. Owens
Shivaprasad Nagaraj
Sonya L. Lebsack
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000

Michael J. Rusing
Todd M. Hardy
RUSING LOPEZ & LIZARDI, PLLC
6363 N. Swan Road, Suite 151
Tucson, AZ 85718
(520) 792-4800

RESPECTFULLY SUBMITTED this 25th day of July, 2013.

    /s/ Michael Tryon
Michael Tryon
Evan Hiller
*Attorneys for the State of Arizona*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

                                                                                              */s/* Michael Tryon

#3461005