

Mary R. O'Grady (#011434)
John L. Blanchard (#018995)
Shane M. Ham (#027753)
Grace E. Rebling (#028661)
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona  85012
(602) 640-9352
mogrady@omlaw.com
jblanchard@omlaw.com
sham@omlaw.com
grebling@omlaw.com

*Attorneys for Plaintiff Salt River Pima-
  Maricopa Indian Community*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA; THE GILA RIVER INDIAN COMMUNITY, a federally recognized Indian tribe; and THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOHONO O'ODHAM NATION, a federally recognized Indian tribe,<br><br>Defendant. | Case No. 2:11-cv-00296-DGC<br><br>**NOTICE OF APPEAL** |

**NOTICE IS HEREBY GIVEN** that the Salt River Pima-Maricopa Indian Community, a plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action, filed on June 25, 2013, and all prior orders encompassed therein, including but not limited to Orders filed on  June 15, 2011 (Doc. 43), May 7, 2013 (Doc. 216) and June 25, 2013 (Doc. 225), in which the Court granted in part the Defendant's second motion to dismiss, granted the Defendant's motion for summary judgment and denied the Plaintiffs' cross motion for summary judgment.

Dated this 25th day of July, 2013.

OSBORN MALEDON, P.A.


By s/ Shane M. Ham
  Mary R. O'Grady
  John L. Blanchard
  Shane M. Ham
  Grace E. Rebling
  2929 N. Central Avenue, Suite 2100
  Phoenix, AZ 85012

Attorneys for Plaintiff Salt River Pima-Maricopa Indian Community

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


s/ J. Greenwood
3631342

2