Linus Everling, General Counsel (#019760)
GILA RIVER INDIAN COMMUNITY
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85247
(520) 562-9763
Linus.Everling@gric.nsn.us

James P. Tuite (Pro Hac Vice)
Merrill C. Godfrey (Pro Hac Vice)
Jason T. Hauter (#022188)
AKIN GUMP STRAUSS HAUER &
  FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4000
jtuite@akingump.com
mgodfrey@akingump.com
jhauter@akingump.com

Brian J. Schulman (#015286)
GREENBERG TRAURIG LLP
2357 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 445-8000
schulmanb@gtlaw.com

*Attorneys for Plaintiff Gila River Indian Community*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV11-0296-PHX-DGC |
| Plaintiffs, | **REPRESENTATION STATEMENT** |
| v. | |
| Tohono O'odham Nation, | |
| Defendant. | |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), the Gila River Indian Community respectfully submits this Representation Statement in connection with its Notice of Appeal (Dkt. 234). The following is a list of all parties to the action as well as the names, addresses and telephone numbers of their respective counsel:

1

1  Plaintiff Gila River Indian Community is represented by:

2      Linus Everling, General Counsel
    GILA RIVER INDIAN COMMUNITY
3      525 W. Gu u Ki
    P.O. Box 97
4      Sacaton, Arizona 85247
5      (520) 562-9763

6      James P. Tuite
7      Merrill C. Godfrey
    Jason T. Hauter
8      AKIN GUMP STRAUSS HAUER & FELD LLP
9      1333 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
10     (202) 887-4000

11     Brian J. Schulman
12     GREENBERG TRAURIG LLP
    2375 E. Camelback Road, Suite 700
13     Phoenix, Arizona 85016
14     (602) 445-8000

15 Plaintiff Salt River Pima-Maricopa Indian Community is represented by:

16     Mary R. O'Grady
17     John L. Blanchard
    Shane M. Ham
18     Grace E. Rebling
19     OSBORN MALEDON, P.A.
    2929 North Central Avenue, Suite 2100
20     Phoenix, Arizona 85012
    (602) 640-9352
21

22 Plaintiff State of Arizona is represented by:

23     Thomas C. Horne
    Michael Tryon
24     Evan Hiller
25     ARIZONA ATTORNEY GENERAL'S OFFICE
    1275 W. Washington
26     Phoenix, Arizona 85007
27     (602) 542-8355

28

Defendant Tohono O'odham Nation is represented by:

>Johnathan Jantzen
>Samuel Daughety
>Office of Attorney General
>TOHONO O'ODHAM NATION
>P.O. Box 830
>Sells, Arizona 85634
>(520) 383-3410
>
>Seth P. Waxman
>Danielle Spinelli
>Annie L. Owens
>Shivaprasad Nagaraj
>Sonya L. Lebsack
>WILMER CUTLER PICKERING HALE & DORR LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, D.C. 20006
>(202) 663-6000
>
>Michael J. Rusing
>Todd M. Hardy
>RUSING LOPEZ & LIZARDI, PLLC
>6363 N. Swan Road, Suite 151
>Tucson, Arizona 85718
>(520) 792-4800

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18 Dated: July 26, 2013  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Respectfully Submitted,

*/s/*Merrill C. Godfrey
Linus Everling, General Counsel (#019760)
GILA RIVER INDIAN COMMUNITY
525 W. Gu u Ki
P.O. Box 97
Sacaton, Arizona 85247
(520) 562-9763
Linus.Everling@gric.nsn.us

James P. Tuite (Pro Hac Vice)
Merrill C. Godfrey (Pro Hac Vice)
Jason T. Hauter (#022188)
AKIN GUMP STRAUSS HAUER
 & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
(202) 887-4000
jtuite@akingump.com
mgodfrey@akingump.com
jhauter@akingump.com

Brian J. Schulman (#015286)
GREENBERG TRAURIG LLP
2357 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
(602) 445-8000
schulmanb@gtlaw.com

*Counsel for Plaintiff Gila River Indian Community*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record in this matter.

                                                    */s/*Merrill C. Godfrey