Mary R. O'Grady (#011434)
John L. Blanchard (#018995)
Shane M. Ham (#027753)
Grace E. Rebling (#028661)
OSBORN MALEDON, P.A.
2929 North Central Avenue
Suite 2100
Phoenix, Arizona 85012
(602) 640-9352
mogrady@omlaw.com
jblanchard@omlaw.com
sham@omlaw.com
grebling@omlaw.com

*Attorneys for Plaintiff Salt River Pima-Maricopa Indian Community*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA; THE GILA RIVER INDIAN COMMUNITY, a federally recognized Indian tribe; and THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY, a federally recognized Indian tribe,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOHONO O'ODHAM NATION, a federally recognized Indian tribe,<br><br>Defendant. | Case No. 2:11-cv-00296-DGC<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), the Salt River Pima-Maricopa Indian Community respectfully submits this Representation Statement in connection with its Notice of Appeal (Dkt. 237). The following is a list of all parties to the action as well as the names, addresses and telephone numbers of their respective counsel:

Plaintiff Salt River Pima-Maricopa Indian Community is represented by:

    Mary R. O'Grady
    John L. Blanchard
    Shane M. Ham
    Grace E. Rebling
    OSBORN MALEDON, P.A.
    2929 N. Central Avenue
    Suite 2100
    Phoenix, AZ 85012
    602-640-9352

Plaintiff Gila River Indian Community is represented by:

    Linus Everling, General Counsel
    GILA RIVER INDIAN COMMUNITY
    525 W. Gu u Ki
    P.O. Box 97
    Sacaton, Arizona  85247
    (520) 562-9763

    James P. Tuite
    Merrill C. Godfrey
    Jason T. Hauter
    Patricia Ann Millett
    AKIN GUMP STRAUSS HAUER & FELD LLP
    1333 New Hampshire Avenue, N.W.
    Washington, D.C. 20036
    (202) 887-4000

    Brian J. Schulman
    GREENBERG TRAURIG LLP
    2375 E. Camelback Road, Suite 700
    Phoenix, Arizona  85016
    (602) 445-8000

Plaintiff State of Arizona is represented by:

>Thomas C. Horne
>Michael Tryon
>Evan Hiller
>ARIZONA ATTORNEY GENERAL'S OFFICE
>1275 W. Washington
>Phoenix, Arizona  85007
>(602) 542-8355

Defendant Tohono O'odham Nation is represented by:

>Johnathan Jantzen
>Samuel Daughety
>Office of Attorney General
>TOHONO O'ODHAM NATION
>P.O. Box 830
>Sells, Arizona  85634
>(520) 383-3410
>
>Seth P. Waxman
>Danielle Spinelli
>Annie L. Owens
>Shivaprasad Nagaraj
>Sonya L. Lebsack
>WILMER CUTLER PICKERING HALE & DORR LLP
>1875 Pennsylvania Avenue, N.W.
>Washington, D.C.  20006
>(202) 663-6000
>
>Michael J. Rusing
>Todd M. Hardy
>RUSING LOPEZ & LIZARDI, PLLC
>6363 N. Swan Road, Suite 151
>Tucson, Arizona  85718
>(520) 792-4800

1 DATED this 26th day of July, 2013.

OSBORN MALEDON, P.A.


By s/   Shane M. Ham
   Mary R. O'Grady
   John L. Blanchard
   Shane M. Ham
   Grace E. Rebling
   2929 N. Central Avenue, Suite 2100
   Phoenix, AZ 85012

Attorneys for Plaintiff Salt River Pima-Maricopa Indian Community

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2013, the attached document was electronically transmitted to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


s/  J. Greenwood
3631342

4