# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA, THE GILA RIVER INDIAN COMMUNITY, and THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>Plaintiffs,<br><br>v.<br><br>THE TOHONO O'ODHAM NATION,<br><br>Defendant | Case No. CV11-0296-PHX DGC<br><br>**ORDER** |

The Court has reviewed Defendant's unopposed motion to extend the time to file a motion for attorneys' fees. Doc. 256.

**IT IS ORDERED** that Defendant's motion to extend the time to file a motion for attorneys' fees (Doc. 256) is **granted.** Defendant shall file its motion for attorney's fees on or before October 17, 2016.

Dated this 22nd day of August, 2016.

_____
David G. Campbell
United States District Judge