# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| The State of Arizona, The Gila River Indian Community, and The Salt River Pima-Maricopa Indian Community,<br><br>Plaintiffs,<br><br>v.<br><br>The Tohono O'odham Nation,<br><br>Defendant. | No. CV11-0296-PHX DGC<br><br>**ORDER** |

The Court has considered The State of Arizona's Unopposed Motion to Extend the Time to file its Response to the Tohono O'odham Nation's Motion for Attorneys' Fees. Doc. 267.

**IT IS ORDERED**:

1. Plaintiff the State of Arizona shall file its Response to the Tohono O'odham Nation's motion for attorneys' fees on or before **February 15, 2017**.

2. Tohono O'odham Nation shall file its reply on or before **March 16, 2017**. **The Court has now granted two lengthy extensions to these deadlines and is not inclined to grant further extension to these deadlines absent truly extraordinary circumstances.**

Dated this 11th day of January, 2017.

_____
David G. Campbell
United States District Judge