IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State of Arizona, et al., | No. CV-11-00296-PHX-DGC |
| Plaintiffs, | **ORDER** |
| v. | |
| Tohono O'odham Nation, | |
| Defendant. | |

The Court has considered the stipulated motion to hold Tohono O'odham Nation's motion for attorney's fees in abeyance pending settlement (Doc. 271).

**IT IS ORDERED:**

1. The stipulated motion (Doc. 271) is **granted.**

2. The Nation's motion for attorneys' fees (Doc. 263) shall be held in abeyance until May 22, 2017.

3. On or before May 22, 2017, the Nation will withdraw its application for attorney's fees, or, if the Nation's release of its attorneys' fees claim has not become effective, the parties shall file a joint status report with the Court.

Dated this 31st day of March, 2017.

_____
David G. Campbell
United States District Judge