Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
WILMER CUTLER PICKERING HALE
  AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com

Laura Berglan, Acting Attorney General, SBN 022120
Office of Attorney General
TOHONO O'ODHAM NATION
P.O. Box 830
Sells, AZ  85634
(520) 383-3410
laura.berglan@tonation-nsn.gov

*Counsel for Defendant The Tohono O'odham Nation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE STATE OF ARIZONA, THE GILA RIVER INDIAN COMMUNITY, and THE SALT RIVER PIMA-MARICOPA INDIAN COMMUNITY,<br><br>              Plaintiffs,<br><br>       v.<br><br>THE TOHONO O'ODHAM NATION,<br><br>              Defendant. | Case No.  2:11-cv-296-DGC<br><br>**NOTICE OF ATTORNEY WITHDRAWAL** |

Pursuant to Local Rule of Civil Procedure 83.3(b)(4), Defendant the Tohono O'odham Nation ("the Nation") hereby gives notice that after May 1, 2017, Sonya L. Lebsack will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP. Ms. Lebsack therefore will no longer represent the Nation in this matter. The Nation will continue to be represented by Seth P. Waxman and Danielle Spinelli of Wilmer Cutler Pickering Hale and Dorr LLP, who have already entered appearances in this matter.

}}

| | | |
|---|---|---|
| 1 | Dated:  April 28, 2017 | Respectfully submitted, |

/s/   Danielle Spinelli
Seth P. Waxman (*Pro hac vice*)
Danielle Spinelli (*Pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
seth.waxman@wilmerhale.com
danielle.spinelli@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System, which will send a notice of filing to all counsel of record.

/s/ Danielle Spinelli
DANIELLE SPINELLI